United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

Amy Smart                                                         Case No. 2:24-cr-144-1

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date: 03/28/25 @ | 2:43 p.m. – 3:10 p.m. |
|---|---|---|---|
| Deputy Clerk | Denise Shane | Counsel for Govt: | Kenneth F Affeldt |
| Court Reporter | Allison Kimmell | Counsel for Deft(s): | Michael Jason Hunter |
| Interpreter | | Pretrial/Probation: | Devin Sprankel |
| Log In | n/a | Log Out | n/a |

The Court declines to accept the 11C1.C Plea Agreement. Defense motioned to withdraw guilty plea and Court grants motion.